UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| MARC GRANO, as personal representative of the WRONGFUL DEATH ESTATE OF JONATHAN ANDREW GARCIA, and a Next Friend to J.O.G., A.S.R., An.J.G., and Ar.J.G.,<br><br> Plaintiff,<br><br>vs.<br><br>STATE OF NEW MEXICO, GREGG MARCANTEL, New Mexico Secretary of Corrections, DAVID JABLONSKI, New Mexico Secretary of Corrections, CLARENCE OLIVAS, Deputy Warden of Penitentiary of New Mexico, BRIAN LUCERO, Corrections Officer, FNU MARTINEZ, Corrections Officer, FNU BACA, Captain, Corrections Officer, FNU WELLS, Sergeant, Corrections Officer, and JOHN DOES 1 through 5, employees, staff, agents of Penitentiary of New Mexico,<br><br> Defendants. | No. 1:20-cv-00147-PJK-KK |

ORDER TO SHOW CAUSE

 THIS MATTER comes before the court sua sponte. Rule 4 states that "[t]he plaintiff is responsible for having the summons and complaint served within the time allowed by Rule 4(m)." Fed. R. Civ. P. 4(c)(1). Rule 4(m) provides:

> If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Fed. R. Civ. P. 4(m). Plaintiff filed his complaint on February 20, 2020, which is more than 90 days ago. There is no indication in the record that Plaintiff timely served any defendant.

NOW, THEREFORE, IT IS ORDERED that Plaintiff shall, within 14 days of entry of this order, show cause why the court should not dismiss this case for failure to timely serve the Defendants. Failure to timely show cause may result in dismissal of this case without prejudice.

DATED this <u>25th</u> day of June 2020, at Santa Fe, New Mexico.

<u>/s/ Paul J. Kelly, Jr.</u>
United States Circuit Judge
Sitting by Designation