IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| **MARC GRANO as personal representative of the WRONGFUL DEATH ESTATE OF JONATHAN ANDREW GARCIA and a Next Friend to J.O.G., A.S.R., An.J.G and Ar.J.G** § § § § § § **Plaintiff,** § § v. § § **STATE OF NEW MEXICO, GREGG MARCANTEL, New Mexico Secretary of Corrections, DAVID JABLONSKI, New Mexico Secretary of Corrections, CLARENCE OLIVAS, Deputy Warden Of Penitentiary of New Mexico, BRIAN LUCERO, Corrections Officer, FNU MARTINEZ, Corrections Officer, FNU BACA, Captain, Corrections Officer, FNU WELLS, Sergeant, Corrections Officer, and JOHN DOES 1 through 5, employees, staff, agents of Penitentiary of New Mexico,** § § § § § § § § § § § § § § **Defendants.** § | Case No. 1:20-cv-00147-PJK-KK |

## NOTICE OF APPEARANCE

COMES NOW Eric G. Rodriguez of the law firm WALSH GALLEGOS TREVIÑO RUSSO & KYLE, P.C. and also enters his appearance on behalf of all Defendants.

Respectfully submitted,

WALSH GALLEGOS TREVIÑO
RUSSO & KYLE, P.C.

BY: _/s/ Eric G. Rodriguez_
    Eric G. Rodriguez
    500 Marquette Avenue NW, Suite 1310
    Albuquerque, NM   87102-5316
    Telephone: (505) 243-6864
    E-mail: erodriguez@wabsa.com
    *Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing was electronically filed pursuant to the NEW MEXICO RULES OF CIVIL PROCEDURE, which provides electronic service to counsel of record if the email address of the attorney to be served is on file. Additionally, a copy of the foregoing pleading was served upon counsel of record on the 17th day of December 2020, as set out below:

Joseph M. Romero
JOSEPH M. ROMERO LAW, LLC
P.O. Box 27579
Albuquerque, NM 87125
Tel: (505) 433-1642
E-mail: joe@romerolawnm.com
*Attorney for Plaintiff*

By:   */s/ Eric G. Rodriguez*
         Eric G. Rodriguez