IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MARC GRANO, as personal representative of
The WRONGFUL DEATH ESTATE OF
JONATHAN ANDREW GARCIA, and a Next
Friend to J.O.G., A.S.R., An.J.G., and Ar.J.G.

      Plaintiff,

v.                                    Case No. 1:20-cv-00147-PJK-KK

STATE OF NEW MEXICO,
GREGG MARCANTEL, New Mexico Secretary of Corrections,
DAVID JABLONSKI, New Mexico Secretary of Corrections,
CLARENCE OLIVAS, Deputy Warden of Penitentiary of New Mexico
BRIAN LUCERO, Corrections Officer,
FNU MARTINEZ, Corrections Officer,
CAPTAIN FNU BACA, Corrections Officer,
SGT FNU WELLS, Corrections Officer
JOHN DOES 1 through 5, employees, staff, agents of
Penitentiary of New Mexico,

      Defendants.

## NOTICE OF EXTENSION OF RESPONSE DEADLINE

      Pursuant to D.N.M.LR-Civ 7.4(a), Plaintiffs hereby provide notice that the parties have agreed to an extension of time for Plaintiffs to file their Response to Defendant's Motion for Summary Judgment (Doc. 52). Plaintiffs will file their response brief no later than Monday, May 31, 2021.

                                          Respectfully submitted,

                by:    /s/ Joseph M. Romero
                         Joseph M. Romero, Esq.
                         Attorney at Law
                         P.O. Box 27579
                         Albuquerque, NM 87125
                         (505) 433-1642
                         joe@romerolawnm.com

I certify that a true copy of the foregoing pleading was filed and served upon opposing counsel via CM/ECF on the 21st day of May, 2021.

By: <u>/s/Joseph M. Romero</u>
    Attorney for Plaintiffs