Re: Grano v. State of NM, Case No. 1:20-cv-00147-PJK-KK

Joe Romero <joe@romerolawnm.com>
Fri 2/19/2021 4:25 PM

To: Eric Rodriguez <erodriguez@wabsa.com>; Rodney Gabaldon <rgabaldon@wabsa.com>
Cc: Meg Pettingill <mpettingill@wabsa.com>

Mr. Rodriguez and Mr. Gabaldon,

Plaintiff will stipulate to the proposed Motion and Protective Order. I will be filing an unopposed motion to extend pre-trial deadlines. I will circulate the motion and proposed Order for your final approval before I file. Thank you for your courtesy in agreeing to extend the deadlines pursuant to my request.

Once the stipulated Motion is filed and the Protective Order is entered would you please provide any documents that you may have been waiting to disclose pursuant to Rule 26(a)(1)(A). Thanks.

Joseph M. Romero
Attorney at Law
P.O. Box 27579
Albuquerque, NM 87125-7579
Phone: (505) 433-1642
Fax: (505) 214-5774
www.romerolawnm.com

This transmission may be subject to the attorney-client privilege or may be attorney work product. This communication is intended to be confidential to the addressee. If you are not the addressee or cannot deliver this transmission to the addressee, please do not read, copy, distribute, or use this transmission in any way. If you are not the addressee or cannot deliver this transmission to the addressee, please delete this transmission and all copies, including any reply, and notify the sender at (505)433-1642 or at joe@romerolawnm.com.

On Fri, Feb 19, 2021 at 2:05 PM Eric Rodriguez <erodriguez@wabsa.com> wrote:

> Mr. Romero,
>
> You have not confirmed that you received my correspondence, see attached. Please confirm, I'd like to make sure that our communications are going through.
>
> In the meantime, please note our approval of your request to extend the deadlines set in the scheduling order by 60 days.
>
> Respectfully, and I look forward to hearing from you.
>
> Eric Rodriguez

Exhibit 2 to Motion to Extend Expert Witness Disclosure Deadline

**From:** Joe Romero <joe@romerolawnm.com>
**Sent:** Tuesday, February 16, 2021 4:41 PM
**To:** Eric Rodriguez <erodriguez@wabsa.com>; Rodney Gabaldon <rgabaldon@wabsa.com>
**Subject:** Grano v. State of NM, Case No. 1:20-cv-00147-PJK-KK


Dear Mr. Rodriguez and Mr. Gabaldon,

I believe that at the Rule 16 conference in November, the judge agreed that you could present the protective order your clients' requested. I am still waiting on the Order. Would you please send me your proposed order to review? I am also writing to request your concurrence in a motion to extend the deadlines set in the scheduling order by 60 days. Will your clients agree to this request? Finally, will you let me know when Gregg Marcantal can be available to be deposed? I would like to take his deposition before any of the other Defendants.

Thank you for your attention to this matter. I look forward to hearing from you.


Joseph M. Romero

Attorney at Law

P.O. Box 27579

Albuquerque, NM 87125-7579

Phone: (505) 433-1642

Fax:  (505) 214-5774

www.romerolawnm.com


This transmission may be subject to the attorney-client privilege or may be attorney work product. This communication is intended to be confidential to the addressee.  If you are not the addressee or cannot deliver this transmission to the addressee, please do not read, copy, distribute, or use this transmission in any way.  If you are not the addressee or cannot deliver this transmission to the addressee, please delete this transmission and all copies, including any reply, and notify the sender at (505)433-1642 or at joe@romerolawnm.com.


CONFIDENTIALITY NOTICE: This email & attached documents may contain confidential information. All information is intended only for the use of the named recipient. If you are not the named recipient, you are not authorized to read, disclose, copy, distribute or take any action in reliance on the information and any action other than immediate delivery to the named recipient is strictly prohibited. If you have received this email in error, do not read the information and please immediately notify sender by telephone to arrange for a return of the original documents. If you are the named recipient you are not authorized to reveal any of this information to any other unauthorized person. If you did not receive all pages listed or if pages are not legible, please immediately notify sender by phone.