# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**MARC GRANO as personal representative
of the WRONGFUL DEATH ESTATE
OF JONATHAN ANDREW GARCIA
and a Next Friend to J.O.G., A.S.R., An.J.G
and Ar.J.G**

                        **Plaintiff,**

v.                                                            Case No. 1:20-cv-00147-PJK-KK

**STATE OF NEW MEXICO, GREGG
MARCANTEL, New Mexico Secretary of
Corrections, DAVID JABLONSKI, New
Mexico Secretary of Corrections,
CLARENCE OLIVAS, Deputy Warden
Of Penitentiary of New Mexico, BRIAN
LUCERO, Corrections Officer, FNU
MARTINEZ, Corrections Officer, FNU
BACA, Captain, Corrections Officer, FNU
WELLS, Sergeant, Corrections Officer, and
JOHN DOES 1 through 5, employees,
staff, agents of Penitentiary of New Mexico,**

                        **Defendants.**

## NOTICE OF SERVICE OF SUBPOENA - CHRISTUS ST. VINCENT (SEPTEMBER 24, 2021)

      Comes now Plaintiff, through counsel, Aequitas Law of New Mexico, LLC (Anna C. Martinez), pursuant to Fed.R.Civ.P.45 and gives notice to the Court and parties that the subpoena attached hereto as *Exhibit 1* was served on Christus St. Vincent Hospital on Friday, September 24, 2021.

                              Respectfully Submitted,
                              **AEQUITAS LAW OF NEW MEXICO, LLC**

                              **"Electronically Filed"**
By:   /s/ Anna C. Martinez
                              Attorney for Plaintiff
                              P.O. Box 25304
                              Albuquerque, NM 87125
                              (505) 750-8005
                              annacmartinezesq@gmail.com

## CERTIFICATE OF SERVICE

       Undersigned counsel certifies that a copy of the foregoing has been delivered to all counsel of record via the Court's electronic document filing and delivery service on the date indicated in the Court-affixed header.

**"Electronically Filed"**

/s/ Anna C. Martinez
Attorney for Plaintiff