IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MARC GRANO,

    Plaintiff,

v.                                                      Civ. No. 20-147 PJK/KK

STATE OF NEW MEXICO *et al.*,

    Defendants.

**ORDER SETTING TELEPHONIC STATUS CONFERENCE**

    THIS MATTER is before the Court following a Telephonic Status Conference held on October 14, 2021. (Doc. 79.) The Court will hold another Telephonic Status Conference on **Thursday, January 20, 2022 at 1:30 p.m.,** to discuss rescheduling the Rule 16 Settlement Conference in this matter. Counsel are to call the Court's AT&T conference line at (877) 848-7030 and enter the code 7324132 to connect to the proceedings.

    IT IS SO ORDERED.

                                                                _____
                                                                 KIRTAN KHALSA
                                                                 UNITED STATES MAGISTRATE JUDGE