` **IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

## CLERK'S MINUTES

*Before the Honorable Paul J. Kelly, Jr.*

| | |
|---|---|
| **Case No.:** 1:20-cv-00147-PJK-KK | **Date:** January 5, 2022 |
| **Title:** Grano v. State of New Mexico | |
| **Courtroom Clerk:** Robert Laird/Juan Gonzales | **Court Reporter:** Carmela McAlister |
| **Court in Session:** 1:06 pm | **Court in Recess:** 1:11 pm |
| TOTAL TIME IN COURT = 5 minutes | |

**TYPE OF PROCEEDING:** Status Conference

**COURT'S RULINGS AND/OR DISPOSITION:** N/A

**ORDER CONSISTENT WITH COURT'S RULING TO BE PREPARED BY:**

**INTERPRETER:**

| **ATTORNEY(S) FOR PLAINTIFF:** | **ATTORNEY(S) FOR DEFENDANT:** |
|---|---|
| Joseph Romero | Rodney Gabaldon |

**PROCEEDINGS:**

1:06 p.m.:   Court in session.   Appearances.   Court requests status reports from counsel.

1:07 p.m.:   Mr. Romero updates the court.   Discovery is ongoing.   The first round of written discovery is complete.   The second round of written discovery has been served on the defendants, but Mr. Romero has not received a response.   Parties are also scheduling depositions of fact witnesses.   Mr. Romero plans to file an unopposed motion to extend case management deadlines because of document production and discovery issues.   The parties have conferred with the magistrate judge; will seek an extension of at least 60 days.   Before any expert disclosure can be made, he would need documents to show to expert.   Thereafter, would need at

least 30 days before trial.

1:10 p.m.:   Mr. Gabaldon generally agrees with Mr. Romero.   Will provide requested documents to plaintiff by today or tomorrow.   Currently working on scheduling three depositions.   He anticipates being ready for trial in 30–60 days.   Will take a closer look at settlement once discovery is complete and case prepared.

1:11 p.m.   Court wants to be sure the case remains on track.   If there are problems, call chambers and judge will assist in resolution.

1:11 p.m.: Court in recess.