IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MARC GRANO,

    Plaintiff,

v.                                                    Civ. No. 20-147 PJK/KK

STATE OF NEW MEXICO *et al.*,

    Defendants.

## ORDER GRANTING IN PART UNOPPOSED MOTION TO EXTEND CASE MANAGEMENT DEADLINES

THIS MATTER is before the Court on Plaintiff's Unopposed Motion to Extend Case Management Deadlines (Doc. 90), filed January 10, 2022. The Court, having reviewed the Motion, the record, and the relevant law, and being otherwise fully advised, FINDS that there is good cause to grant the Motion in part.

IT IS THEREFORE ORDERED that Plaintiff's Unopposed Motion to Extend Case Management Deadlines (Doc. 90) is GRANTED IN PART and DENIED IN PART, and case management deadlines in this matter are extended as follows:

| | | |
|---|---|---|
| a. | Plaintiff's Rule 26(a)(2) expert disclosures due: | **February 14, 2022** |
| b. | Termination date for fact discovery: | **February 16, 2022** |
| c. | Motions relating to fact discovery to be filed by: | **March 8, 2022** |
| d. | Defendants' Rule 26(a)(2) expert disclosures due: | **March 14, 2022** |
| e. | Termination date for expert discovery**:** | **April 11, 2022** |
| f. | Motions relating to expert discovery to be filed by: | **May 2, 2022** |
| g. | Pretrial motions to be filed by: | **May 12, 2022** |
| h. | Proposed Pretrial Order due: | |

|  |  |
|---|---|
| From Plaintiff to Defendants by: | **August 30, 2022** |
| From Defendants to the Court by: | **September 13, 2022** |

The parties are advised that no further extensions will be granted.

IT IS SO ORDERED.

_____
KIRTAN KHALSA
UNITED STATES MAGISTRATE JUDGE