IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**Before the Honorable Kirtan Khalsa**
United States Magistrate Judge

**Clerk's Minutes**

Thursday, January 20, 2022 at 1:30 p.m.

*Grano v. State of New Mexico et al.*

Civ. No. 20-147 PJK/KK

**PLAINTIFF'S ATTORNEY PRESENT:**     Joseph M. Romero

**DEFENDANTS' ATTORNEY PRESENT:**     No counsel appeared

**TYPE OF PROCEEDING:**     Telephonic Status Conference
Time – 6 minutes

**CLERK'S MINUTES:**

- The Court held a Telephonic Status Conference to discuss rescheduling the Rule 16 Settlement Conference in the above-referenced case.

- Counsel for Defendants did not make an appearance. Given defense counsel's recent illness and change in law firms, the Court will not issue an order to show cause at this time, and will instead reset the status conference to occur within the next two weeks.