IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MARC GRANO,

    Plaintiff,

v.                                               Civ. No. 20-147 PJK/KK

STATE OF NEW MEXICO *et al.*,

    Defendants.

**ORDER RESETTING TELEPHONIC STATUS CONFERENCE**

    THIS MATTER is before the Court following a Telephonic Status Conference held on January 20, 2022, to discuss rescheduling the Rule 16 Settlement Conference in this matter. (Doc. 92.) For the reasons stated at the hearing, the Court hereby resets the Telephonic Status Conference for **Friday, January 28, 2022 at 10:30 a.m.** Counsel are to call the Court's AT&T conference line at (877) 848-7030 and enter the code 7324132 to connect to the proceedings.

    IT IS SO ORDERED.

                                                                    KIRTAN KHALSA
                                                                    UNITED STATES MAGISTRATE JUDGE