**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

**Before the Honorable Kirtan Khalsa**
**United States Magistrate Judge**

**Clerk's Minutes**

Friday, January 28, 2022 at 10:30 a.m.

*Grano v. State of New Mexico et al.*

Civ. No. 20-147 PJK/KK

**PLAINTIFF'S ATTORNEY PRESENT:**     Joseph M. Romero

**DEFENDANTS' ATTORNEY PRESENT:**     Rodney Gabaldon

**TYPE OF PROCEEDING:**     Telephonic Status Conference
                            Time –  17 minutes

**CLERK'S MINUTES:**

- The Court held a Telephonic Status Conference to discuss rescheduling the Rule 16 Settlement Conference in the above-referenced case.
- The Court will schedule the settlement conference for April 21, 2022.
- Defendants will produce specific discovery material that Plaintiff needs for preparation of his expert's report by Monday, January 31, 2022.