Attachment CD-040101.A
Revised 06/09/16 Page 1

# NEW MEXICO CORRECTIONS DEPARTMENT
## Inmate Record Index

TOP LEFT
A. Photograph (Current Photos Only)
B. Escape Flyer (Current flyer-Destroy other)
C. Alert Cards (Transfer information to new card-destroy other)
D. Inmate Record Index
E. Chronological Data (Classification, medical, dental, mental health, segregation chronos)

TOP RIGHT
*A. Good Time Figuring Sheet
B. Movement Sheet (Court & Seg.)
C. Committee Action Sheet
D. Inmate File Audit Form
   (Inmate file audit comment form)

**INFORMATION FILED IN EACH SUB-SECTION WILL BE MAINTAINED IN CHRONOLOGICAL ORDER.**

## Section I Classifications:

A. Custody Scoring Form (Current and last 3 scoring forms)
   1. Behavioral Observation Form
   2. Special Management Forms and Attachments
      a. CD-141001.1  (Predatory Behavior Management Referral form)
      b. CD-141001.2  (Predatory Behavior Management Placement form)
      c. CD-141002.1  (Predatory Behavior Management Progression/Regression form)
      d. CD-141002.2  (Temporary Suspension of Privileges)
      e. CD-141002.3  (Individual Inmate Behavior Log)
      f. CD-141003.1  (Predatory Behavior Management Release Review)
      g. CD-141003.2  (Predatory Behavior Management Hearing Notice)
      h. CD-141001.A  (Appeal of Predatory Behavior Management Placement or Retention Decision)
      i. CD-141101.1  (Voluntary Request for Protective Custody)
      j. CD-141500.1  (Restrictive Housing/PHD Placement Form/Temporary Restrictive Housing)
      k. Special Management Population referral memorandum with Approval or Denial
      l. Drug Suppression Unit Recommendation
      m. CD-14200.1  (Unit Management Team DSU Completion Decision)
B. Classification Committee Hearing Notice
C. Inmate Classification Review and Assessment
D. Quarterly Good Time
E. Institutional Work Assignment (To be kept only if award is not full credit)
   1. Work Assignment / MD / SSGT / & LSA Recommendations / Inmate time card
   2. Corrections Industries Good Time Recommendation
   3. Community Corrections / ISP Good Time Recommendations
F. Recommendation for Restoration of Forfeited Good Time
G. Recommendation/Reinstatement to Earn Good Time
H. All Recommendations for Lump Sum Good Time Awards
I. Termination and/or Forfeiture of Good Time / Meritorious Deductions
J. CMIS Good Time Figuring Sheets
K. Work/ School Release Program Agreement
L. Application and Agreement for Assignment
M. Community Activity Information
   1. Community Activity Furlough
   2. Community Activity Furlough Sponsor's Agreement

Exhibit A

**NEW MEXICO CORRECTIONS DEPARTMENT**

**Inmate Record Index**
(Continued)

- N. Furlough Sponsor's Agreement (Furlough Sponsor's Information Form)
- O. Application for Furlough
- P. Furlough Agreement
- Q. Escorted Furlough Information
    1. Escorted Furlough Application
    2. Escorted Furlough Authorization
- R. Family Visitation Log (Family Visitation Request Forms)
    1. Clearance memo
    2. Internal clearances from medical and mental health
    3. Documents of relationships (Birth certificates – marriage license)

## Section II Reception and Diagnostic Data:

- A. Special Needs Form (Native American Identification)
- B. Admission Summaries
    1. New Commitments
    2. Update for Parole Violators and Re-Admitted Diagnostic Evaluatees
- C. Pre / Post Sentence Report, Police Report, Case Material
- D. FBI Rap Sheet
- E. NCIC Report
- F. FBI Fingerprint Card
- G. Urinalysis Drug Testing
- H. Authorization and Emergency Notification for Money and Clothing (Personal property and disposition inventory sheet)
- I. Receipt for State Prisoner
- J. Transport Memorandum
- K. Orientation Form for Intakes
- L. Sixty Day Diagnostic Evaluation

## Section III Inmate Adjustment:

- A. Disciplinary Report Log
- B. Disciplinary Reports
    1. Completed Adjudicated Disciplinary Packets (Guilty findings only – no dismissals)
    2. Completed Adjudicated Disciplinary Appeals and Decisions
- C. Inmate Requests / Referrals for Administrative Segregation
    1. Placement
    2. Request for Administrative Segregation
    3. Waiver of Protective Custody
    4. Administrative Segregation Committee Hearing
    5. Individualized Treatment Plan (ITP)
    6. Notification of Administrative Segregation Classification Hearing
    7. Waiver of Committee
- D. Institutional Progress Reports
    1. Out-of-State Progress Reports
    2. Documentation on Inmate's Behavior

Attachment CD-040101.A
Revised 06/09/16 Page 3

# NEW MEXICO CORRECTIONS DEPARTMENT

## Inmate Record Index
(Continued)

### Section IV Legal:

A. Active Detainers
  1. Detainers
  2. Form USM 16
  3. Form I 127
  4. Interstate Compact Detainer Forms I through VII
B. Court Documents
  1. Judgment and Sentence
  2. Commitment Papers
  3. Court Orders Affecting Sentence Computation
C. Inactive Detainers
  1. Detainers
  2. Interstate Agreement Detainer
  3. Fugitive Writs (NM) – (Out-of-State)

### Section V General Information:

A. Internal (Institutional / Departmental)
  1. Inmate Request Regarding Classification, Complaints and Inquiries
  2. Memos Referencing the Inmate (Victim Notification, etc)
  3. Correspondence from Inmate
  4. Mail Room Logs
  5. Visiting Questionnaire and Statement of Understanding (English) and/or (Spanish)
  6. Visiting Logs
  7. Legal Consultation Forms
  8. Community Corrections Forms
B. External (Non-departmental)
  1. Inquiries from other Agencies / States
  2. Requests That Need to be documented
  3. Information Provided by Us to Outside Agencies / States
  4. Notification of Immigration and Naturalization Services of Incarcerated Foreign Nationals
  5. Inquiries / Correspondence from Family or Friends of Inmates
  6. Attachment CD-040101.A (Victim Notification of Parole / Discharge)
  7. DNA
  8. 45 & 1 Drug Test Memorandums

### Section VI Probation and Parole:

A. Probation and Parole
  1. Parole Revocation Memo from Parole Board
  2. Retake Warrants
  3. Parole Revocation Hearing Memorandum
  4. Preliminary Hearing Materials (Findings of fact, conclusions, recommendation, waiver of hearing, notice of hearing, etc)
B. Institution
  1. Discharge Certificate / Parole Certificate
  2. Parole Plan Investigation Requests (Inter-state and intra-state)
  3. Parole Board Actions
  4. Progress Reports
  5. Attachment CD-040901.A (Sex Offender Registration)
  6. Attachment CD-040101.B (Probation Notification)
  7. Form CD-080102.11 (Release Checklist)
  8. New Mexico Courts.com
C. Community Corrections Form