## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| MARC GRANO as personal representative of the WRONGFUL DEATH ESTATE OF JONATHAN ANDREW GARCIA and a Next Friend to J.O.G., A.S.R., An.J.G and Ar.J.G<br><br>Plaintiff,<br><br>v.<br><br>STATE OF NEW MEXICO, GREGG MARCANTEL, New Mexico Secretary of Corrections, DAVID JABLONSKI, New Mexico Secretary of Corrections, CLARENCE OLIVAS, Deputy Warden Of Penitentiary of New Mexico, BRIAN LUCERO, Corrections Officer, FNU MARTINEZ, Corrections Officer, FNU BACA, Captain, Corrections Officer, FNU WELLS, Sergeant, Corrections Officer, and JOHN DOES 1 through 5, employees, staff, agents of Penitentiary of New Mexico,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 1:20-cv-00147-PJK-KK |

## AFFIDAVIT OF BRIAN FITZGERALD

I, Brian Fitzgerald, Esq., state under oath that I am over the age of 18 years and have personal knowledge of the facts which are true and correct, as stated below:

1.    I serve as Chief Deputy General Counsel for the New Mexico Corrections Department ("NMCD").

2.    Part of my duties as Chief Deputy General Counsel requires my review of NMCD's responses to discovery requests for litigation matters involving NMCD.

1

3.    In this case, although NMCD is not directly named as a defendant, the claims against the State of New Mexico arise from allegations made concerning the employees of the NMCD.

4.    Plaintiff Marc Grano is the Personal Representative of the Wrongful Death Estate of Jonathon Andrew Garcia.

5.    Jonathon Andrew Garcia, DOB 01/28/1987, was assigned inmate number 77394 by NMCD, and was incarcerated during the times material to the allegations made in the Complaint.

6.    Mr. Garcia died while he was a NMCD inmate. The circumstances giving rise to his death form the basis of the Complaint.

7.    Plaintiff served Requests for Production in his written discovery requests, which were served on September 21, 2021, and to which decedent, Jonathon Andrew Garcia's, NMCD No. 77394's "Inmate File" is responsive. In its *Clerk's Minutes* entered January 28, 2022 [doc. 94], the Court ordered production of Jonathon Andrew Garcia's, NMCD No. 77394's "Inmate File" by January 31, 2022.

8.    NMCD has performed a thorough and diligent search for the Jonathon Andrew Garcia's, NMCD No. 77394's "Inmate File." However, only portions of it have been located.

9.    NMCD Inmate Files contain six sections and multiple subsections, which are noted in NMCD Policy No. CD-040101.A, which attached as Exhibit A hereto for the Court's reference.

10.   Only portions of Jonathon Andrew Garcia's, NMCD No. 77394's "Inmate File" could be located for production in response to Plaintiff's written discovery. The "Intake Pack," which contains various documents of the categories in NMCD Policy No. CD-040101.A,

particularly Section VI: Probation and Parole. This "Intake Pack" is being produced to Plaintiff on January 31, 2022. The Preliminary Death Report is also being produced.

11. No other portions of Jonathon Andrew Garcia's, NMCD No. 77394's "Inmate File" could be located as of the date of execution of this Affidavit.

12. It is not known whether any other portions of Jonathon Andrew Garcia's, NMCD No. 77394's "Inmate File" can be located and produced; however, if any such records are located, they will be produced to Plaintiff immediately.

FURTHER AFFIANT SAYETH NAUGHT.

BRIAN FITZGERALD, ESQ.

STATE OF NEW MEXICO    )
                       ) ss.
COUNTY OF BERNALILLO   )

Sworn and subscribed to before me by Brian Fitzgerald, Esq. this 31st day of January, 2022.

_____
Notary Public

My Commission Expires:

3|19|2022

OFFICIAL SEAL
Cristina G Larranaga
NOTARY PUBLIC - STATE OF NEW MEXICO
My Commission Expires: 3|19|2022

3