IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**MARC GRANO, as personal representative of
The WRONGFUL DEATH ESTATE OF
JONATHAN ANDREW GARCIA, and a Next
Friend to J.O.G., A.S.R., An.J.G., and Ar.J.G.**

     **Plaintiff,**

v.                                                     **Case No. 1:20-cv-00147-PJK-KK**

**STATE OF NEW MEXICO,
GREGG MARCANTEL, New Mexico Secretary of Corrections,
DAVID JABLONSKI, New Mexico Secretary of Corrections,
CLARENCE OLIVAS, Deputy Warden of Penitentiary of New Mexico
BRIAN LUCERO, Corrections Officer,
FNU MARTINEZ, Corrections Officer,
CAPTAIN FNU BACA, Corrections Officer,
SGT FNU WELLS, Corrections Officer
JOHN DOES 1 through 5, employees, staff, agents of
Penitentiary of New Mexico,**

     **Defendants.**

## NOTICE OF EXTENSION OF RESPONSE DEADLINE

Pursuant to D.N.M.LR-Civ 7.4(a), Plaintiffs hereby provide notice that the parties have agreed to an extension of time for Plaintiffs to file their Response to Defendant's Motion to Compel (Doc. 102). Plaintiffs will file their response brief no later than Friday, March 25, 2022.

                                               Respectfully submitted,

by:    /s/ Joseph M. Romero
          Joseph M. Romero, Esq.
          Attorney at Law
          P.O. Box 27579
          Albuquerque, NM 87125
          (505) 433-1642
          joe@romerolawnm.com

I certify that a true copy of the foregoing pleading was filed and served upon opposing counsel via CM/ECF on the 22nd day of March, 2022.

By:  /s/Joseph M. Romero
     Attorney for Plaintiffs