IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| MARC GRANO as personal representative of the WRONGFUL DEATH ESTATE OF JONATHAN ANDREW GARCIA and a Next Friend to J.O.G., A.S.R., An.J.G and Ar.J.G <br><br> Plaintiff, <br><br> v. <br><br> STATE OF NEW MEXICO, GREGG MARCANTEL, New Mexico Secretary of Corrections, DAVID JABLONSKI, New Mexico Secretary of Corrections, CLARENCE OLIVAS, Deputy Warden Of Penitentiary of New Mexico, BRIAN LUCERO, Corrections Officer, FNU MARTINEZ, Corrections Officer, FNU BACA, Captain, Corrections Officer, FNU WELLS, Sergeant, Corrections Officer, and JOHN DOES 1 through 5, employees, staff, agents of Penitentiary of New Mexico, <br><br> Defendants. | Case No. 1:20-cv-00147-PJK-KK |

## ATTORNEY'S FEE AFFIDAVIT

COMES NOW Rodney Gabaldon, of the law firm Garcia Law Group, LLC, and after being first duly sworn upon his oath, deposes and states as follows:

1. I am over the age of 18, I am competent to offer testimony on this matter, and I have personal knowledge of the facts asserted herein.

2. My name is Rodney Gabaldon. I am an attorney at the law firm, Garcia Law Group, LLC in Albuquerque, Bernalillo County, State of New Mexico. I am a duly licensed and practicing attorney in the State of New Mexico and have been licensed in New Mexico since 1998. I am admitted to practice before the state and federal courts in New Mexico.

3. I represent the Defendants in the above-entitled and numbered cause. I agreed to provide legal representation on this matter at a rate of $165.00 per hour, and the associate billing rate is $95.00 per hour.

1



4. Attorney fees were reasonably and necessarily incurred by Defendants in connection with a Motion to Compel [Doc. 102] filed on March 8, 2022, in this matter. Plaintiff did not respond to the Motion.

5. The Court granted the majority of the requests made in the Motion to Compel, and Ordered Defendants file a supported Fee Petition, with a reduction for the time spent on the portion of the motion regarding fact witness depositions.

6. Reviewing the discovery requests and Plaintiff's responses, the relevant law on these issues, and drafting the Motion to Compel [Doc. 102], Defense counsel expended a total of 7.5 associate hours at a rate of $95.00 and 1.0 supervising attorney hours at a rate of $165.00. Thus, the total incurred Attorney's fees for the Motion were $877.50.

7. The time spent on the section regarding fact witness depositions, which was not granted by the Court, amounted to approximately twenty-five percent of the time, resulting in a 25% reduction and a reduced total of $658.12.

8. The hourly fees charged by Garcia Law Group, LLC in connection with this matter are similar to fees charged by similarly experienced counsel practicing in this field.

FURTHER AFFIANT SAYETH NOT

_____
RODNEY GABALDON, ESQ.

STATE OF NEW MEXICO      )
                         ) ss.
COUNTY OF BERNALILLO     )

Sworn and subscribed to before me by Rodney Gabaldon, Esq. on this 22nd day of April, 2022.

_____
Notary Public

My Commission Expires:

12-13-2025

STATE OF NEW MEXICO
NOTARY PUBLIC
Shelly M. Johnson
Commission No. 1136204
December 13, 2025