IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**MARC GRANO, as personal representative of**
**The WRONGFUL DEATH ESTATE OF**
**JONATHAN ANDREW GARCIA, and a Next**
**Friend to J.O.G., A.S.R., An.J.G., and Ar.J.G.**

      **Plaintiff,**

v.                                                            Case No. 1:20-cv-00147-PJK-KK

**STATE OF NEW MEXICO,**
**GREGG MARCANTEL, New Mexico Secretary of Corrections,**
**DAVID JABLONSKI, New Mexico Secretary of Corrections,**
**CLARENCE OLIVAS, Deputy Warden of Penitentiary of New Mexico**
**BRIAN LUCERO, Corrections Officer,**
**FNU MARTINEZ, Corrections Officer,**
**CAPTAIN FNU BACA, Corrections Officer,**
**SGT FNU WELLS, Corrections Officer**
**JOHN DOES 1 through 5, employees, staff, agents of**
**Penitentiary of New Mexico,**

      **Defendants.**

## NOTICE OF EXTENSION OF RESPONSE DEADLINE

Pursuant to D.N.M.LR-Civ 7.4(a), Plaintiffs hereby provide notice that the parties have agreed to an extension of time for Plaintiffs to file their Response to Defendant's Motion to Dismiss (Doc. 121). Plaintiffs will file their response brief no later than Friday, May 13, 2022.

                                        Respectfully submitted,

           by:     /s/ Joseph M. Romero
                      Joseph M. Romero, Esq.
                      Attorney at Law
                      P.O. Box 27579
                      Albuquerque, NM 87125
                      (505) 433-1642
                      joe@romerolawnm.com

I certify that a true copy of the foregoing pleading was filed and served upon opposing counsel via CM/ECF on the 5th day of May, 2022.

By:  /s/Joseph M. Romero
     Attorney for Plaintiffs