UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| MARC GRANO, as personal representative of the WRONGFUL DEATH ESTATE OF JONATHAN ANDREW GARCIA, and a Next Friend to J.O.G., A.S.R., An.J.G., and Ar.J.G., <br><br>    Plaintiff,<br><br>vs.<br><br>STATE OF NEW MEXICO, GREGG MARCANTEL, New Mexico Secretary of Corrections, DAVID JABLONSKI, New Mexico Secretary of Corrections, CLARENCE OLIVAS, Deputy Warden of Penitentiary of New Mexico, BRIAN LUCERO, Corrections Officer, FNU MARTINEZ, Corrections Officer, FNU BACA, Captain, Corrections Officer, FNU WELLS, Sergeant, Corrections Officer, and JOHN DOES 1 through 5, employees, staff, agents of Penitentiary of New Mexico,<br><br>    Defendants. | No. 1:20-cv-00147-PJK-KK |

MINUTE ORDER

At the direction of the Hon. Paul J. Kelly, Jr.:

Upon advice of settlement subject to court approval (ECF No. 161), the jury trial set for October 11, 2022 (ECF No. 135), in Albuquerque, New Mexico is hereby vacated.

/s/MITCHELL R. ELFERS
Clerk of Court