UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

## NOTICE OF SETTING
## STATUS CONFERENCES

**TAKE NOTICE** that the cases listed below are hereby set for THURSDAY, **DECEMBER 1, 2022** before the Honorable Paul J. Kelly, Jr., U.S. Circuit Judge, sitting by designation, at the Pete V. Domenici United States Courthouse, 333 Lomas Blvd. NW, Albuquerque, New Mexico (Bonito Courtroom–Fifth Floor).  These proceedings are independent of and in addition to any proceedings otherwise scheduled.

**10:00 AM  Status Conferences**

**1:14-cv-00884-PJK-LF**     EEOC v. Roark-Whitten Hospitality 2, LP & SGI, LLC

**1:20-cv-00147-PJK-KK**    Grano v. State of New Mexico

   Please direct all inquiries regarding these settings to Judge Kelly's chambers at (505) 988-6541.

/s/MITCHELL R. ELFERS
Clerk of Court