UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

## NOTICE OF SETTING
## STATUS CONFERENCE

**TAKE NOTICE** that the civil case listed below is set for a fairness hearing on **THURSDAY, MARCH 30, 2023**, at **10:00 AM** before the Honorable Paul J. Kelly, Jr., U.S. Circuit Judge, sitting by designation, at the United States Courthouse, 333 Lomas Blvd. NE, **Albuquerque**, New Mexico (Courtroom To Be Determined).  This proceeding is independent of and in addition to any proceedings otherwise scheduled.

**10:00 AM**

**Fairness Hearing**

**1:20-cv-00147-PJK-KK**          **Grano v. State of New Mexico**

Please direct all inquiries regarding this setting to Judge Kelly's chambers at (505) 988-6541.

/s/MITCHELL R. ELFERS
Clerk of Court