# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

**MARC GRANO, as personal representative of
The WRONGFUL DEATH ESTATE OF
JONATHAN ANDREW GARCIA, and a Next
Friend to J.O.G., A.S.R., An.J.G., and Ar.J.G.**

      **Plaintiff,**

v.                                                                                                  Case No. 1:20-cv-00147-PJK-KK

**STATE OF NEW MEXICO,
GREGG MARCANTEL, New Mexico Secretary of Corrections,
DAVID JABLONSKI, New Mexico Secretary of Corrections,
CLARENCE OLIVAS, Deputy Warden of Penitentiary of New Mexico
BRIAN LUCERO, Corrections Officer,
FNU MARTINEZ, Corrections Officer,
CAPTAIN FNU BACA, Corrections Officer,
SGT FNU WELLS, Corrections Officer
JOHN DOES 1 through 5, employees, staff, agents of
Penitentiary of New Mexico,**

      **Defendants.**

### ORDER APPROVING SETTLEMENT OF MINOR CHILDREN AND DISMISSAL WITH PREJUDICE

**THIS MATTER** having come before this Court at the Fairness Hearing held on June 21, 2023, wherein the parties appeared by and through their respective counsel of record, Samantha Marie Pacheco appeared on behalf of her minor son, J.O.G., Erica Nicole Jaramillo appeared on behalf of her minor daughters, A.S.R., An.J.G., and Ar.J.G, and Raynard Struck, Esq., the Court appointed Guardian Ad Litem likewise appeared, the Court having reviewed the Report of Guardian Ad Litem filed in this case on February 21, 2023 [ECF No. 171], taken sworn testimony as needed, and being otherwise fully advised,

**FINDS that**:

A.   The interests of the minor child, J.O.G., have been protected and properly reviewed by Raynard Struck, the Court appointed Guardian Ad Litem and Samantha Marie Pacheco, the natural parent of J.O.G.

B.   The interests of the minor children, A.S.R., An.J.G., and Ar.J.G., have been protected and properly reviewed by Raynard Struck, the Court appointed Guardian Ad Litem and Erica Nicole Jaramillo, the natural parent of A.S.R., An.J.G., and Ar.J.G.

C.   The settlement was fairly and honestly negotiated, there are serious questions of law and fact placing the outcome of the litigation in doubt, the value of an immediate recovery outweighs the mere possibility of future relief after protracted and expensive litigation, and the settlement is fair and reasonable in the judgment of the parties and the Court.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:**

1.   The Court hereby approves the settlement entered into between the State of New Mexico Defendants and Plaintiff in the amount of $150,000.00 and non-party Centurion Correctional Healthcare of New Mexico, LLC., and Plaintiff in the amount of $200,000.00 for a total settlement amount of $350,000.00.

2.   The $350,000.00 settlement shall be disbursed as follows:

| Payee | Amount |
|---|---|
| J.O.G. | $54,116.86 |
| A.S.R. | $54,116.86 |
| An.J.G. | $54,116.86 |
| Ar.J.G. | $54,116.86 |
| Joseph M. Romero Law fees + GRT | $125,708.33 |
| Plaintiff's Litigation Costs | $7,824.23 |
| **TOTAL** | **$350,000.00** |

3. The proceeds of $54,116.86 to J.O.G. referenced in paragraph 2 above, shall be issued to MetLife Assignment Company, Inc, to fund the Periodic Payments below:

    a) $15,000.00 Guaranteed lump sum payable 07/03/2027;
    b) $20,000.00 Guaranteed lump sum payable 07/03/2029;
    c) $34,591.64 Guaranteed lump sum payable 07/03/2031.

4. The proceeds of $54,116.86 to A.S.R. referenced in paragraph 2 above, shall be issued to MetLife Assignment Company, Inc, to fund the Periodic Payments below:

    a) $16,619.29 Payable annually, guaranteed 5 years, to begin 09/14/2031.

5. The proceeds of $54,116.86 to An.J.G. referenced in paragraph 2 above, shall be issued to MetLife Assignment Company, Inc, to fund the Periodic Payments below:

    a) $17,608.38 Payable annually, guaranteed 5 years, to begin 11/21/2032.

6. The proceed of $54,116.86 to An.J.G. referenced in paragraph 2 above, shall be issued to MetLife Assignment Company, Inc, to fund the Periodic Payments below:

    a) $19,866.06 Payable annually, guaranteed 5 years, to begin 05/12/2035.

7. The periodic payment fund benefits referenced in paragraphs 3-6 above are provided by Metropolitan Tower Life Insurance Company, rated: A.M. Best–A+15; Standard & Poor's–AA-; Fitch–AA-; Moody's–Aa3.

8. The State of New Mexico Defendants will issue payment in the amount of $93,081.00 payable to MetLife Assignment Company Inc. to fund the above referenced periodic payments.

9. The State of New Mexico Defendants will make a qualified assignment, within the meaning of §130(c) of the Internal Revenue code of 1986, as amended, of $93,081.00 to make the Periodic Payments above to MetLife Assignment Company Inc. (the "Assignees").

10. Non-Party Centurion Correctional Healthcare, LLC has agreed and will issue payment in the amount of $123,386.44 payable to MetLife Assignment Company Inc. to fund the above referenced periodic payments.

11. Non-Party Centurion Correctional Healthcare, LLC has agreed and will make a qualified assignment, within the meaning of §130(c) of the Internal Revenue code of 1986, as amended, of $123,386.44 to make the Periodic Payments above to MetLife Assignment Company Inc. (the "Assignees").

12. MetLife Assignment Company Inc. reserves the right to fund the liability to make the periodic payments by the purchase of an annuity contract from Metropolitan Tower Life Insurance Company (the "Issuers") and, in accordance with the terms of said assignment,

13. MetLife Assignment Company Inc. shall be substituted as obligor and owner of such payments for The State of New Mexico Defendants and Defendant Centurion Correctional Healthcare, LLC, who shall be released from any further obligation to make said future periodic payments.

14. The State of New Mexico Defendants shall be solely responsible for payment of the Guardian Ad Litem fees.

15. Upon the entry of this Order Approving Settlement of Minor Children and Dismissal With Prejudice, the Guardian Ad Litem shall be released.

16. This case is hereby dismissed with prejudice.

DATED August 22, 2023.

/s/ Paul Kelly, Jr.
UNITED STATES CIRCUIT JUDGE
Sitting by Designation

SUBMITTED BY:

JOSEPH M. ROMERO LAW, LLC

<u>/s/ *Joseph M. Romero*</u>
JOSEPH M. ROMERO
*Attorney for Plaintiffs*
P.O. Box 27579
Albuquerque, NM 87125
(505) 433-1642
joe@romerolawnm.com

APPROVED BY:

GARCIA LAW GROUP, LLC

<u>*Approved via e-mail on 08/18/2023*</u>
RODNEY L. GABALDON
BRYAN C. GARCIA
*Attorneys for New Mexico Defendants*
6739 Academy Road NE, Suite 200
Albuquerque, NM 87109
(505) 629-1576 / (505) 652-1337 (fax)
rgabaldon@garcialawgroupllc.com
bgarcia@garcialawgroupllc.com

MEDRANO STRUCK, P.C.

<u>*Approved via e-mail on 08/16/2023*</u>
RAYNARD STRUCK, J.D., LL.M
Guardian *Ad Litem*
500 Tijeras Avenue NW
Albuquerque, NM 87102
(505) 217-2200
struck@medranostrucklaw.com